THIS OPINION HAS NO PRECEDENTIAL
VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING
EXCEPT AS PROVIDED BY RULE 239(D)(2), SCACR.
THE STATE OF SOUTH
CAROLINA
In The Court of Appeals

 
 
 
 The
 State,        Respondent,
 
 
 

v.

 
 
 
 David Eugene Gregg,
 Sr.,        Appellant.
 
 
 

Appeal From Spartanburg County
J. Derham Cole, Circuit Court Judge

Unpublished Opinion No. 
2005-UP-443
Submitted July 1, 2005  Filed July 14, 2005

APPEAL DISMISSED

 
 
 
 Assistant Appellate Defender
 Eleanor Duffy Cleary, Office of Appellate Defense, of Columbia,
 for Appellant.
 Attorney General Henry
 Dargan McMaster, Chief Deputy Attorney General John W. McIntosh,
 Assistant Deputy Attorney General Salley W. Elliott,  Office of the
 Attorney General, all of Columbia; and Solicitor Harold W. Gowdy, III,
 of Spartanburg, for Respondent.
 
 
 

PER CURIAM:  David Gregg
appeals his conviction for trafficking in cocaine and possession of a firearm
during the commission of a violent crime.  He maintains the trial court
lacked subject matter jurisdiction because the indictments did not sufficiently
state the offense.  After a thorough review of the record and counsels
brief pursuant to Anders v. California, 386 U.S. 738 (1967), and State
v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss[1] Greggs appeal and grant counsels motion to
be relieved.
APPEAL DISMISSED.
HEARN, C.J. and BEATTY and SHORT,
JJ., concur.

[1] We decide this case without oral argument pursuant to Rule 215,
SCACR.